**O'SHEA, MARCINCUK & BRUYN, LLP**
**ATTORNEYS AT LAW**
250 NORTH SEA ROAD
SOUTHAMPTON, NY 11968
TELEPHONE (631) 283-7007
FACSIMILE (631) 287-9480

JAMES M. O'SHEA
ROBERT E. MARCINCUK
WAYNE D. BRUYN*

*ALSO ADMITTED IN CONNECTICUT

April 3, 2018

United States District Court
Eastern District of New York
Office of U.S. Magistrate Anne Y Shields
100 Federal Plaza
Central Islip, NY 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 09 2018 ★

LONG ISLAND OFFICE

Re:  Juan Pablo Jerez, et al v. A. Quiros Inc, et al
     Index: CV 16-5099 (ADS)(AYS)

Dear Magistrate Anne Y Shields:

In connection with the above referenced matter which is on the Court calendar for a Conference on April 9, 2018, we respectfully request an adjournment without a date on consent by all parties. We are in the process of settling this matter and request additional time to work out the initial payment and subsequent payments.

If you have any questions please do not hesitate to call.

*Case Closed subject to the terms of the Settlement agreement*

Very truly yours,
O'SHEA, MARCINCUK & BRUYN, LLP

By: Robert E Marcincuk /cb
    Robert E. Marcincuk

REM/cb
cc: Matthew L. Berman, Esq.
Valli, Kane & Vagnini, LLP
600 Old Country Road, Suite 419
Garden City, NY 11530
c/o Alex White, Esq.
via: AWhite@VKVlawyers.com

s/ Arthur D. Spatt
_____
U.S.D.J.    4/9/18